#14 7825132
04971-298
7/25/67

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 30 AM 8:55
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
BY: Christopher Boyd CUTCLIFF, DEPUTY

UNITED STATES OF AMERICA,

v.

Christopher Boyd CUTCLIFF

Magistrate's Case No. _____

**'08 MJ 1190**

WARRANT ISSUED ON THE BASIS OF:
__ Failure to Appear      __ Order of Court
__ Indictment             __ Information
X  Complaint

WARRANT FOR ARREST   MJ 1190

TO:
ANY U.S. MARSHAL OR OTHER
AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE
ARRESTED: Christopher Boyd CUTCLIFF

DISTRICT OF ARREST:

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Title 18 United States Code 751(a), to wit: Escape.

DATE 4/24/08
ARRESTED BY Deputy Maranda Mathey
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY:

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 APR 17 P 4:17

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | | DATE ORDERED |
| CLERK OF COURT/U.S. MAGISTRATE  BY  Barbara L. Major / U.S. Magistrate Judge | | DATE ISSUED 04/17/2008 |

**RETURN**
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

CLASS I 'A'        SMIDT