

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1676-JLS |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| CHRISTOPHER BOYD CUTCLIFF, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 16, 2008, within the Southern District of California, defendant CHRISTOPHER BOYD CUTCLIFF did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not appear at the at the Correctional Alternatives Residential Re-entry Center in San Diego, California, said custody and confinement being by virtue of a felony conviction for Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code,

//

//

CEM:pcf:San Diego
5/15/08

1 | Section 1324(a)(2)(B)(iii), Title 18, United States Code,
2 | Section 2; all in violation of Title 18, United States Code,
3 | Sections 751(a) and 4082(a).
4 |     DATED: 5/22/08    .

KAREN P. HEWITT
United States Attorney

_____
for CALEB M. MASON
Assistant U.S. Attorney