AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.

CUTCLIFF

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1676-JLS

I, __Christopher Cutcliff__, the above named defendant, who is accused of __Escape, in violation of 18 U.S.C. §§ 751(a)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/22/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __RRMMC__ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer