**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Cutcliff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1676-JLS |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO** |
| ) | **MOVE SENTENCING HEARING** |
| CHRISTOPHER BOYD CUTCLIFF, ) | |
| Defendant. ) | |

      **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert H. Rexrode III, counsel for Mr. Cutcliff and Assistant United States Attorney Caleb Mason, that the sentencing hearing currently scheduled for September 5, 2008, at 9:00 a.m., be moved to July 11, 2008, at 9:00 a.m.

Dated: June 19, 2008                      /s/ Robert H. Rexrode, III..
                                            **ROBERT H. REXRODE**
                                            Attorney for Mr. Cutcliff

Dated: June 19, 2008                      /s/ Caleb Mason
                                            **CALEB MASON**
                                            Assistant United States Attorney