UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1676-JLS |
| Plaintiff, ) | |
| v. ) | **ORDER ACCELERATING SENTENCING HEARING** |
| CHRISTOPHER BOYD CUTCLIFF, ) | |
| Defendant. ) | |

At the request of the parties, **IT IS HEREBY ORDERED**, that the sentencing hearing scheduled for September 5, 2008, at 9:00 a.m., be moved forward to July 11, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED: June 20, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge